No. 427.   WILLIAMS *v.* VIRGINIA MILITARY INSTITUTE ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *Austin F. Canfield, Clarence E. Martin* and *Clarence E. Martin, Jr.* for

petitioner. *J. Lindsay Almond, Jr.*, Attorney General of Virginia, and *Frederick T. Gray,* Assistant Attorney General, for the Virginia Military Institute, respondent.